ORDERED.

Dated: October 18, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

WILLIAM JAVIER COLON LOPEZ AKA
WILLIAM J. COLON LOPEZ AKA
WILLIAM COLON AKA JAVIER COLON
LOPEZ AKA JAVIER LOPEZ AKA
WILLIAM COLON LOPEZ AKA JAVIER
COLON AKA WILLIAM C. LOPEZ,

Case No. 8:18-bk-06412-RCT
Chapter 7

      Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY IN FAVOR OF JPMORGAN CHASE BANK, N.A.**

**THIS CAUSE** came before the court upon the *Motion for Relief from the Automatic Stay* (Doc. 14), filed by JPMorgan Chase Bank, N.A. ("JPMorgan Chase"). By submitting this form of order, JPMorgan Chase represents that the Motion was served on all parties as required by Local Rule 2002-4; that the 21 day response time provided by that rule has expired; that no one has filed, or served on the movant, a response to the Motion; and that the form of order was attached as an exhibit to the Motion.

      Having considered the Motion and the absence of any record objection to the relief requested, the court deems the Motion to be uncontested. The court makes no determination

that the Debtor has defaulted on the underlying obligation or as to the Creditor's standing.

**It is therefore ORDERED:**

1.      The Motion (Doc. 14) is granted.

2.      The stay imposed pursuant to 11 U.S.C. § 362 is modified so as to allow JPMorgan Chase to complete its repossession of the 2015 Toyota RAV4, VIN No. 2T3WFREV8FW226180 (the "Vehicle") by selling the Vehicle and applying the proceeds of the sale of the Vehicle to the amount owed to JPMorgan Chase.

3.      The stay is modified for the purpose of allowing JPMorgan Chase to complete its repossession of the Vehicle by selling the Vehicle and applying the proceeds of the sale to the debt owed to JPMorgan Chase, or to proceed in a Court of competent jurisdiction for the sole purpose of seeking *in rem* remedies. JPMorgan Chase shall neither seek nor obtain any *in personam* judgment against Debtor

4.      The request to waive the 14-day stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is denied.

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.